**Daniel L. Harralson, #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320

**Attorney for Defendant: HUGO LEMUS**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:18-CR-00091 LJO-SKO 2** |
| Plaintiff, | **STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE** |
| vs. | |
| HUGO LEMUS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that **Defendant, HUGO LEMUS, be allowed permission to go outside in the yard of the residence where he lives (495 Teddy St., Farmersville, California) on July 14, 2018, and again on August 18, 2018, between the hours of 8:00 am and 6:00 pm, to attend his daughters' birthday celebrations.**

\\\
\\\
\\\

DATED: July 11, 2018         Respectfully Submitted,


    /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: July 11, 2018         **UNITED STATES ATTORNEYS OFFICE**


    /s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney


**ORDER**
-----

**It is hereby ORDERED** that Defendant Hugo Lemus be allowed to attend his daughters' birthday celebrations in the yard of 495 Teddy St., Farmersville, California, on July 14, 2018 and August 8, 2018. between the hours of 8:00 am and 6:00 pm.


IT IS SO ORDERED.

Dated: **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE