**Daniel L. Harralson, #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

**Attorney for Defendant: HUGO LEMUS**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HUGO LEMUS,<br><br>  Defendant. | **Case No. 1:18-CR-00091 LJO-SKO 2**<br><br>**STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that **Defendant, HUGO LEMUS,** be allowed permission to:

1) Take his children "Trick or Treating" on October 31, 2018, between 5:00 pm and 8:00 pm.
2) Take his family to Knots Berry Farm on November 24, 2018, between 5:00 am and November 25, 2018, 5:00 am.

\\\

\\\

\\\

DATED: October 21, 2018 Respectfully Submitted,

    /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant

DATED: October 21, 2018 **UNITED STATES ATTORNEYS OFFICE**

    /s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney

**ORDER**

**It is hereby ORDERED** that Defendant Hugo Lemus be allowed to:

1) Take his children "Trick or Treating" on October 31, 2018, between 5:00 pm and 8:00 pm.

2) Take his family to Knots Berry Farm on November 24, 2018, between 5:00 am and November 25, 2018, 5:00 am.

IT IS SO ORDERED.

Dated: **October 22, 2018**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE