**Daniel L. Harralson, #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

**Attorney for Defendant: HUGO LEMUS**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00091 LJO-SKO 2 |
| Plaintiff, | **STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE** |
| vs. | Judge: Hon. Lawrence J. O'Neill |
| HUGO LEMUS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that: Because Ryan Beckworth of Pretrial Services and Angela L. Scott, Assistant United States Attorney, have been consulted and have no objections to the removal of the location monitoring condition and further, because Defendant, HUGO LEMUS, has conducted himself in an exemplary manner while on pretrial release and Defendant has appeared at all court appearances as ordered, that he be removed from pretrial location monitoring and any curfew restrictions pending further order of the Court.

\\\

\\\

DATED: November 26, 2018      Respectfully Submitted,


    /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: November 26, 2018      **UNITED STATES ATTORNEYS OFFICE**


    /s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney


**ORDER**


Based on the parties' Stipulation, it is hereby ORDERED **that Defendant Hugo Lemus** be removed from pretrial location monitoring and any curfew restrictions pending further order of the Court.

IT IS SO ORDERED.

Dated: __**November 27, 2018**__          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE