McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>                        v.<br><br>JESUS ALBERTO LOPEZ-RETAMOZA,<br>HUGO LEMUS, and<br>ALEJANDRO LEMUS,<br><br>                             Defendants. | CASE NO. 1:18-CR-00091-LJO<br><br>STIPULATION REGARDING DEFENDANT HUGO LEMUS'S WITHDRAWAL OF GUILTY PLEA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Angela Scott, and defendant HUGO LEMUS, by and through defendant's counsel of record, Dan Harralson, hereby stipulate as follows:

      1.      On April 26, 2018, defendant was indicted for crimes related to the distribution of methamphetamine. Doc. 30.

      2.      On October 21, 2019, defendant pleaded guilty to Count One of the indictment – conspiracy to possess with intent to distribute, and distribute methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(A).

      3.      On January 22, 2019, defendant's Pretrial Services Officer informed the government that he has abided by the terms and conditions of his pretrial release and has performed well.

      4.

STIPULATION REGARDING DEFENDANT'S
WITHDRAWAL OF GUILTY PLEA

1

5. By this stipulation, defendant now moves to withdraw the guilty plea he entered on October 21, 2019. The parties anticipate that defendant will enter a plea to an information that the government will file today.

6. In the interest of justice, and in light of potentially exculpatory information that the government obtained after the entry of defendant's guilty plea, the government supports defendant's request.

IT IS SO STIPULATED.


Dated: January 24, 2020								McGREGOR W. SCOTT
												United States Attorney


												/s/ ANGELA L. SCOTT
												ANGELA L. SCOTT
												Assistant United States Attorney


Dated: January 24, 2020								 /s/ per email authorization
												DANIEL HARRALSON
												Counsel for Defendant
												HUGO LEMUS

McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18 CR 00091-LJO |
|---|---|
| Plaintiff, | ORDER PERMITTING DEFENDANT HUGO LEMUS's WITHDRAWAL OF GUILTY PLEA |
| v. | |
| JESUS ALBERTO LOPEZ-RETAMOZA, HUGO LEMUS ALEJANDRO LEMUS, | |
| Defendants. | |

Pursuant to the parties' stipulation and for good cause shown, the Court hereby GRANTS defendant HUGO LEMUS's request to withdraw the guilty plea defendant entered in this matter on October 21, 2019, to Count One of the Indictment (conspiracy to possess with the intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)).

IT IS SO ORDERED.

Dated: **January 30, 2020**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE